United States District Court
Southern District of Texas
**ENTERED**
July 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARSHALL COMPANY, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3215 |
| | § | |
| SUSSEX INSURANCE COMPANY, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**AMENDED DOCKET CONTROL ORDER**

Plaintiff Marshall Company, Ltd.'s Unopposed Motion to Modify Scheduling Order (Document No. 76) is GRANTED as follows:

| | |
|---|---|
| Discovery completed by: | September 28, 2018 |
| Dispositive/Non-dispositive Motions by: | October 19, 2018 |
| Joint Pretrial Order due: | February 01, 2019 |
| Docket Call is reset for: | March 01, 2019 at 4:00 p.m. |

Signed at Houston, Texas this 30TH day of July 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE